**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AIMEE ROSARIO,

                Plaintiff,                              24 **CIVIL** 5144 (SDA)

      -v-                                      **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 25, 2024, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The parties further stipulate that Plaintiff will be offered the opportunity for a hearing on remand.

**Dated:** New York, New York
           September 25, 2024

                                                            **DANIEL ORTIZ**
                                                            **Acting Clerk of Court**

                                      **BY:**     *K. Mango*

                                                                **Deputy Clerk**